59 So.2d 688

### James PEPPERS v. STATE.

#### 8 Div. 653.

Supreme Court of Alabama.

June 19, 1952.

J. W. Sherrill, Jr., Decatur, for petitioner.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of James Peppers, alias Pepper, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Peppers v. State, Ala.App., 59 So.2d 685.

Writ denied; petition dismissed.

LIVINGSTON, C. J., and BROWN and FOSTER, JJ., concur.